NEW-YORK,
Oct. 1815.

VAN BRACKLIN
v.
FONDA.

VAN BRACKLIN *against* FONDA.

IN ERROR, on *certiorari* to a justice's court.

*Fonda,* the plaintiff in the court below, declared against *Van Bracklin,* for that he had sold him a quarter of beef, as good and sound; that it was not good and sound, but bad and unwholesome.

In the sale of provisions for domestic use, the vendor, at his peril, is bound to know that they are sound and wholesome; and if they are not so, he is liable to an action on the case, at the suit of the vendee.

It appeared in evidence, that *Fonda* purchased of *Van Bracklin* a quarter of beef, for his own use; that the cow had eaten, shortly before she was killed, a very large quantity of peas and oats, and that she was slaughtered for fear she would die in consequence of her having eaten them; and it was proved, also, that those who ate of the beef were generally made very sick, and that one of *Fonda's* servants was sick for two weeks from eating it. The jury found a verdict for the plaintiff below, for five dollars damages.

*Per Curiam.* The verdict settles the facts, that the beef sold was unsound and unwholesome, and that the defendant below knew the animal to be diseased, and did not communicate that fact when he sold the beef to the plaintiff below. In 3 *Black. Com.* 165., it is stated as a sound and elementary proposition, that in contracts for provisions, it is always implied that they are wholesome; and if they are not, case lies to recover damages for the deceit.

In the sale of provisions for domestic use, the vendor is bound to know that they are sound and wholesome, at his peril. This is a principle, not only salutary, but necessary to the preservation of health and life.

In the present case, the concealment of the fact that the animal was diseased, is equivalent to the suggestion of a falsehood that she was sound.

Judgment affirmed.